IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| GREAT LAKES INSURANCE SE, | : | CIVIL ACTION |
| | : | NO. 19-4466 |
| Plaintiff | : | |
| v. | : | |
| | : | |
| RAIDERS RETREAT REALTY CO., LLC, | : | |
| | : | |
| Defendant | : | |

### ORDER

**AND NOW**, this **14th** day of **October, 2022,** after considering the Third Circuit Court of Appeals' Order as to Defendant's Interlocutory Appeal [ECF No. 66], it is hereby **ORDERED** that Plaintiff and Defendant shall submit status reports advising the Court how to proceed in light of the Third Circuit Court of Appeals' judgment by **October 28, 2022.**

**AND IT IS SO ORDERED.**

*Eduardo C. Robreno*
**EDUARDO C. ROBRENO, J.**