IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| GREAT LAKES INSURANCE SE, | : | CIVIL ACTION |
| | : | NO. 19-04466 |
| Plaintiff | : | |
| v. | : | |
| | : | |
| RAIDERS RETREAT REALTY CO., LLC, | : | |
| | : | |
| Defendant | : | |

**ORDER**

**AND NOW**, this **28th** day of **October, 2022**, it is hereby **ORDERED** that the above-captioned case shall remain in **SUSPENSE** pending resolution of Plaintiff's petition for a writ of certiorari with the Supreme Court of the United States.[1] See ECF No. 68. Counsel for the Plaintiff shall promptly notify the Court upon the Supreme Court's resolution of the matter.

**AND IT IS SO ORDERED.**

*Eduardo C. Robreno*
**EDUARDO C. ROBRENO, J.**

---

[1] Plaintiff shall promptly notify the Court if it does not file a petition for a writ of certiorari by November 28, 2022.