**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**
**IN ADMIRALTY**

| | | |
|---|---|---|
| **GREAT LAKES INSURANCE SE,**<br>**Plantation Place**<br>**30 Fenchurch Street**<br>**London EC3M 3AJ**<br>**United Kingdom**<br><br>**Plaintiff,**<br><br>**vs.**<br><br>**RAIDERS RETREAT**<br>**REALTY CO., LLC**<br>**P.O. Box 549**<br>**Abington, PA 19001**<br><br>**Defendant.** | : | **Case No. 2:19-cv-04466-ER** |

**GREAT LAKES INSURANCE SE'S STATUS REPORT**

COMES NOW the Plaintiff/Counter-Defendant, GREAT LAKES INSURANCE SE, by and through its undersigned attorneys, pursuant to the Federal Rules of Civil Procedure and the Local Rules of the United States District Court for the Eastern District of Pennsylvania, and for its response to this Court's Order of October 31, 2022 [ECF no. 70], respectfully states as follows:

The Supreme Court of the United States issued an Opinion dated February 21, 2024, reversing the decision of the Third Circuit Court of Appeals, and holding that choice-of-law provisions in maritime contracts are presumptively enforceable under federal maritime law, with narrow exceptions not applicable in this case. A true and correct copy of the Supreme Court's Opinion is attached hereto as Exhibit 1.

Respectfully submitted, this 27th day of February 2024.

**THE GOLDMAN MARITIME LAW GROUP**
*Attorneys for Plaintiff*
401E. Las Olas Blvd., Suite 1400
Fort Lauderdale, FL 33301
Tel (954) 332-2448
Fax (954) 832-0878

By: //s// *Michael I. Goldman*
MICHAEL I. GOLDMAN

**CASEY & BARNETT LLC**
*Attorneys for Plaintiff*
1818 Bethlehem Pike
P.O. Box 27
Flourtown, PA 19031
Tel: (212) 286-0225
Fax: (212) 286-0261

By: //s// *George R. Zacharkow*
GEORGE R. ZACHARKOW
grz@caseybarnett.com

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was filed with the Court using the CM/ECF System which will provide and electronic notice to all counsel, of record.

Respectfully submitted, this 27th day of February 2024.

**THE GOLDMAN MARITIME LAW GROUP**
*Attorneys for Plaintiff*
401E. Las Olas Blvd., Suite 1400
Fort Lauderdale, FL 33301
Tel (954) 332-2448
Fax (954) 832-0878

By: //s// *Michael I. Goldman*
MICHAEL I. GOLDMAN

**CASEY & BARNETT LLC**
*Attorneys for Plaintiff*
1818 Bethlehem Pike
P.O. Box 27
Flourtown, PA 19031
Tel: (212) 286-0225
Fax: (212) 286-0261

By: //s// *George R. Zacharkow*
GEORGE R. ZACHARKOW
grz@caseybarnett.com