IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| GREAT LAKES INSURANCE SE, | : |
| Plaintiff, | : |
| | :    CIVIL ACTION |
| v. | :    No. 19-4466 |
| | : |
| RAIDERS RETREAT REALTY CO., LLC, | : |
| Defendant. | : |

## ORDER

**AND NOW,** this 15TH day of July, 2024, it is **ORDERED** that Plaintiff Great Lakes Insurance SE's Motion for Summary Judgment (ECF No. 56) is **GRANTED**. Declaratory judgment is **GRANTED** for Plaintiff as follows:

- Any coverage afforded under Plaintiff's Policy No. CSRYP/171163 is void from the inception due to Defendant's breach of warranty. Therefore, Plaintiff's Policy No. CSRYP/171163 does not afford coverage to the Defendant for the incident in which the insured vessel was damaged.

It is **FURTHER ORDERED** that:

- Defendant Raiders Retreat Realty Co., LLC's Motion for Partial Summary Judgment (ECF No. 57) is **DENIED**.

- Defendant's counterclaim Count I (ECF No. 5) is **DENIED**.

- Defendant's counterclaim Counts II-V (ECF No. 5) are **DISMISSED**.

                                                  __s/ANITA B. BRODY, J._____
                                                  ANITA B. BRODY, J.