UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA
IN ADMIRALTY

| | |
|---|---|
| **GREAT LAKES INSURANCE SE,**<br>**Plantation Place**<br>**30 Fenchurch Street**<br>**London EC3M 3AJ**<br>**United Kingdom** | : <br> : <br> :    Case No. 2:19-cv-04466-AB<br> : <br> : <br> : |
|     Plaintiff, | : |
| vs. | : |
| **RAIDERS RETREAT**<br>**REALTY CO., LLC**<br>**P.O. Box 549**<br>**Abington, PA 19001** | : <br> : <br> : <br> : |
|     Defendant. | : |

**JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE**

COME NOW the parties hereto, Plaintiff, GREAT LAKES INSURANCE SE, and Defendant, RAIDERS RETREAT REALTY CO., LLC, by and through their respective undersigned counsel and pursuant to Federal Rule of Civil Procedure Rule 41(a)(1)(A)(ii), and file this Joint Stipulation for Dismissal With Prejudice of this action, including all claims and counterclaims stated herein against all parties, with each party to bear its own attorney's fees and costs.

1

Dated:        August 1, 2024

Respectfully submitted,

| | |
|---|---|
| THE GOLDMAN MARITIME LAW GROUP<br>*Attorneys for Plaintiff*<br>233 Harvard Street<br>Suite 211<br>Brookline, MA 02446<br>Tel (617) 566-4200<br> Cel (617) 671-8657<br>Fax (617) 566-4292<br><br>By: /s/ Michael I. Goldman<br>MICHAEL I. GOLDMAN ESQ. | _____<br>MICHAEL YANOFF, ESQUIRE<br>ID No. 19384<br>SHAWN M. RODGERS, ESQUIRE<br>ID No. 307598<br>610 Old York Road Suite 340<br>Jenkintown, PA 19046<br>(267) 627-2485<br>myanoff@goldsteinlp.com<br>srodgers@goldsteinlp.com<br>*Attorneys for Defendant* |